**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Figueroa,<br><br>        Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>        Defendants. | No. CV-19-02125-PHX-ROS (JZB)<br><br>**ORDER** |

Plaintiff has filed a "Motion for Status" alleging he has not received the payment required by the parties' settlement agreement. (Doc. 72). Defense counsel will be required to file a response to the motion.

Accordingly,

**IT IS ORDERED** no later than **May 17, 2021**, defense counsel shall file a response to the motion for status. That response must state the date payment was made, provide the date payment will be made, or set forth why no payment will be made.

Dated this 7th day of May, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge